452 A.2d 1084

Clark, Appellant v. Clark.

Argued June 17, 1982. Donald J. McCue, for appellant; Robert P. Boyer, for appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.